Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jewel J. Outlaw**
  Debtor(s)

Bankruptcy Case No.: 15–24752–CMB
Issued Per July 14, 2016 Proceeding
Chapter: 13
Docket No.: 43 – 34, 41
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)* **PLAN CONFIRMATION:**

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated July 1, 2016 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $1,604 as of July 2016. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☑ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Citizens Bank at Claim No. 16 .

☑ H. Additional Terms: The claim of Sallie Mae shall be paid as long term continuing debt in Section 15 of the plan as a specially classified unsecured creditor.

*(2.)* *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.** **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.** **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.** **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.** **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.** **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: July 26, 2016

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-24752-CMB
Jewel J. Outlaw                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: jhel              Page 1 of 2            Date Rcvd: Jul 26, 2016
                                Form ID: 149            Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2016.
```
db             +Jewel J. Outlaw,    722 Mellon Street,    Pittsburgh, PA 15206-2404
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5861
14158647        Citi Cards,    P.O. Box 9001037,    Louisville, KY 40290-1037
14158648        Citizens Bank,    P.O. Box 42008,    Providence, RI 02940-2008
14238272       +Citizens Bank, N.A.,    1 Citizens Drive, ROP15B,    Riverside, RI 02915-3019
14204523        ECAST SETTLEMENT CORPORATION,    PO BOX 29262,    NEW YORK, NY 10087-9262
14161501        Fidelity Bank,    P.O. Box 105690,    Atlanta, GA 30348-5690
14190259       +Fidelity Bank,    Weltman, Weinberg & Reis, Co., L.P.A.,    436 7th Avenue, Suite 2500,
                 Pittsburgh, PA 15219-1842
14158654        Home Depot Credit Services,    P.O. Box 9001010,    Louisville, KY 40290-1010
14158655        JAI Property Management,    c/o National Credit Systems, Inc.,    P.O. Box 312125,
                 Atlanta, GA 31131-2125
14207930       +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
14158656        Navient,    P.O. Box 9720,    Wilkes Barre, PA 18773-9720
14187772        Navient Solutions, Inc,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
14237903       +PNC Bank, National Association,    c/o PNC Mortgage, a division of PNC Bank,
                 Attn: Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14158658        PNC Mortgage,    P.O. Box 1820,    Dayton, OH 45401-1820
14158657        PayPal Credit,    P.O. Box 105658,    Atlanta, GA 30348-5658
14158660        Sears Credit Cards,    P.O. Box 9001055,    Louisville, KY 40290-1055
14158652       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:   Elan,    Cardmember Service,    P.O. Box 790408,
                 Saint Louis, MO 63179-0408)
14158662        Union Plus Credit Card,    P.O. Box 71104,    Charlotte, NC 28272-1104
14158663       +Verizon,   c/o North Shore Agency,    P.O. Box 9221,    Old Bethpage, NY 11804-9021
14158664        Verizon,    P.O. Box 920041,    Dallas, TX 75392-0041
14158665        Wamart Mastercard/Syncb,    P.O. Box 960024,    Orlando, FL 32896-0024
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Jul 27 2016 01:26:52
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL 33131-1605
14195466        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 27 2016 01:38:18
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
14158646        E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2016 01:25:53      BP Visa/Syncb,    P.O. Box 530942,
                 Atlanta, GA 30353-0942
14228997       +E-mail/Text: bncmail@w-legal.com Jul 27 2016 01:30:37      COMENITY CAPITAL BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14158649       +E-mail/Text: bankruptcydepartment@tsico.com Jul 27 2016 01:31:01
                 Community Medicine/Univ. of Pgh. Physic.,    c/o Transworld Systems, Inc.,    P.O. Box 15273,
                 Wilmington, DE 19850-5273
14238940       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jul 27 2016 01:31:12      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14236943        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2016 01:26:49
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14162997        E-mail/PDF: rmscedi@recoverycorp.com Jul 27 2016 01:26:01
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14158659        E-mail/PDF: pa_dc_claims@navient.com Jul 27 2016 01:26:51      Sallie Mae,    P.O. Box 9500,
                 Wilkes Barre, PA 18773-9500
14158661        E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2016 01:25:54      Synchrony Bank,    P.O. Box 960061,
                 Orlando, FL 32896-0061
14161502        E-mail/Text: bankruptcy@culsllc.com Jul 27 2016 01:30:36      The Credit Loan Source,
                 P.O. Box 105387,    Atlanta, GA 30348-5387
14173097       +E-mail/Text: bankruptcy@culsllc.com Jul 27 2016 01:30:36      The Credit Union Loan Source, LLC,
                 1669 Phoenix Parkway-Suite 110,    College PArk, GA 30349-5462
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Fidelity Bank
cr              PNC BANK, NATIONAL ASSOCIATION
14158650        Credit Loan Source
14158651        Deja Francis
14158653        Fiedlity Bank
                                                                                    TOTALS: 6, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: jhel              Page 2 of 2                Date Rcvd: Jul 26, 2016
                              Form ID: 149            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2016                              Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Fidelity Bank kebeck@weltman.com,
               jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Rodney D. Shepherd    on behalf of Debtor Jewel J. Outlaw rodsheph@cs.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 7
```