**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: JEWEL J. OUTLAW, | ) Bankruptcy No. 15-24752 CMB |
| | ) |
| | ) Chapter 13 |
| Debtor, | ) |
| | ) |
| JEWEL J. OUTLAW, | ) Docket No. 51 |
| | ) Related to Docket No. 41, 43, 49 |
| | ) |
| Movant, | ) |
| | ) Hearing Date & Time: |
| | ) |
| vs. | ) |
| | ) |
| PNC BANK, N.A. AND | ) |
| RONDA J. WINNECOUR, | ) |
| CHAPTER 13 TRUSTEE, | ) |
| | ) |
| Respondents. | ) |

**DECLARATION OF PAYMENT CHANGE**

AND NOW, comes the Debtor, Jewel J. Outlaw, by and through her attorney, who respectfully represents the following:

1. On or about December 31, 2015, Debtor filed for protection under Chapter 13 of the United States Bankruptcy Code.

2. An Amended Chapter 13 Plan dated July 1, 2016 was previously confirmed on a final basis that listed a monthly mortgage payment amount of $610.24, then $597.23 effective 1/1/2016, as was listed in PNC's proof of claim.

3. PNC Bank, N.A. filed a Notice of Mortgage Payment Change effective December 1, 2016 with a new mortgage payment amount of $621.77.

WHEREFORE, the Debtor requests that the monthly mortgage payment be changed to reflect the 12/1/2016 Mortgage Payment Change of $621.77 on account no. xxxxxx6507.

Respectfully submitted,

/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670

Date: 11/14/2016