## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JEWEL J. OUTLAW, | ) Bankr. No. 15-24752 CMB |
| | ) |
| Debtor. | ) Chapter 13 |
| | ) |
| JEWEL J. OUTLAW, | ) Docket No. 52 |
| | ) Related to Docket No. 51 |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| PNC BANK, N.A. AND RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | ) Hearing Date & Time: ) ) |
| | ) |
| Respondents. | ) |

## CERTIFICATE OF SERVICE

I, Rodney D. Shepherd, Esquire hereby certifies that a true and correct copy of the Declaration of Notice of Mortgage Payment Change was served on November 14, 2016 by electronic filing, upon the following:

PNC Bank, N.A.
c/o Andrew F. Gornall, Esquire
agornall@goldbecklaw.com

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
Cmecf@chapter13trusteewdpa.com

By: /s/ Rodney D. Shepherd
    Rodney D. Shepherd, Esquire
    Attorney for the Debtor
    PA I.D. No. 56914
    rodsheph@cs.com
    2403 Sidney Street
    Suite 208
    Pittsburgh, PA 15203
    (412) 471-9670

Date: 11/14/2016