**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| JEWEL J. OUTLAW, | ) | Case No. 15-24752 CMB |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |
| JEWEL J. OUTLAW, | ) | Docket No. 55 |
| | ) | Related to Docket No. |
| | ) | |
| Movant, | ) | Hearing Date & Time: |
| | ) | |
| vs. | ) | |
| | ) | |
| SALLIE MAE, SEARS CREDIT CARDS, SYNCHRONY BANK, PAYPAL CREDIT, PORTFOLIO RECOVERY, RECOVERY MNGT., PNC MORTG, PNC BANK, MIDLAND FUNDING, NAVIENT SOLUTIONS, NAVIENT, FIDELITY BANK, HOME DEPOT, JAI PROPERTY MGT., ECAST SETTLEMENT, U.S. BANK, CITIZENS BANK, COMMUNITY MEDICINE, DUQ. LIGHT, COMENITY CAPITAL, CITI CARDS, BP VISA, PEOPLES NATURAL GAS, AMERICAN INFO., THE CREDIT LOAN SOURCE, THE CREDIT UNION LOAN SOURCE, UNION PLUS CREDIT CARD, VERIZON, WALMART MATERCARD AND RONDA J. WINNECOUR, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Respondents. | ) | |

**NOTICE AND ORDER SETTING HEARING**
**ON AN EXPEDITED BASIS**

**NOTICE IS HEREBY GIVEN THAT** an Emergency Motion Seeking Endorsement of Insurance Proceeds Check in the above-referenced case was filed by Jewel J. Outlaw, Debtor.

      A hearing has been scheduled for _____ at _____ in _____.

      Responses to the motion shall be filed with the Clerk of the Bankruptcy Court and served on parties in interest on or before _____.

      A courtesy copy of all responses shall be delivered to chambers with the filing.

      Service shall be made as directed below. A certificate of service shall be filed with the Clerk immediately.

_____          _____
    Date                                  United States Bankruptcy Judge

Movant is to complete this notice and file it with the motion for expedited hearing and proposed order granting the substantive relief requested, leaving blank the hearing and response dates. If the Court determines that a hearing is necessary, response and hearing dates will be provided to movant. Movant shall serve a copy of this completed scheduling order and the motion by hand delivery or facsimile on the respondent, trustee, debtor, debtor's attorney, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and the attorney for any committee. If there is no committee counsel, serve all members of each committee. Movant shall deliver a paper copy of the motion and this notice of hearing to chambers.