**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: JEWEL J. OUTLAW, | ) 15-24752 CMB |
| | ) |
| Debtor. | ) Chapter 13 |
| | ) |
| JEWEL J. OUTLAW, | ) Docket No. 59 |
| | ) Rel. To Docket No. 54, 56, 58 |
| Movant, | ) |
| vs. | ) |
| | ) |
| | ) Hearing Date & Time: 6/27/17 at |
| SYNCHRONY BANK, ET. AL. | ) 1:30 p.m. |
| AND RONDA J. WINNECOUR, | ) |
| CHAPTER 13 TRUSTEE, | ) |
| Respondents. | ) |

**CERTIFICATE OF NO OBJECTION REGARDING**
**Motion for Approval and/or Borrow of Post-Petition Consumer Debt**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Approval and/or Borrow of Post-Petition Consumer Debt has been received. The undersigned further certifies that the Court's docket in this case reviewed and no answer, objection or other responsive pleading to the Motion for Approval and/or Borrow of Post-Petition Consumer Debt appears thereon. Pursuant to the Hearing Notice attached with the Motion for Approval and/or Borrow of Post-Petition Consumer Debt, objections to the Motion for Approval and/or Borrow of Post-Petition Consumer Debt were to be filed and served no later than June 23, 2017.

It is hereby respectfully requested that an order be entered by the Court with respect to the Motion for Approval and/or Borrow of Post-Petition Consumer Debt.

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street
Suite 208
Date: 6/24/2017    Pittsburgh, PA 15203
(412) 471-9670