**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: JEWEL J. OUTLAW, | ) Bankruptcy No. ~~15-24052~~ CMB |
| | )                    15-24752 |
| Debtor. | ) Chapter 13 |
| | ) |
| JEWEL J. OUTLAW, | ) Docket No. 54 |
| | ) Related To Docket No. |
| Movant. | ) |
| | ) Hearing Date & Time: |
| vs. | ) |
| | ) |
| SALLIE MAE, SEARS | ) |
| CREDIT CARDS, SYNCHRONY | ) |
| BANK, PAYPAL CREDIT, | ) |
| PORTFOLIO RECOVERY, | ) |
| RECOVERY MNGT., PNC | ) |
| MORTG., PNC BANK, | ) |
| MIDLAND FUNDING, JAI | ) |
| PROPERTY MNGT., HOME | ) |
| DEPOT, NAVIENT, US | ) |
| BANK, FIDELITY BANK, | ) |
| NAVIENT SOLUTIONS, | ) |
| ECAST SETTLEMENT, DUQ. | ) |
| LIGHT, COMMUNITY | ) |
| MEDICINE, CITIZENS | ) |
| BANK, CITI CARDS, BP | ) |
| VISA, COMENITY CAPITAL, | ) |
| AMERICAN INFO., THE | ) |
| CREDIT LOAN SOURCE, | ) |
| THE CREDIT UNION LOAN | ) |
| SOURCE, UNION PLUS | ) |
| CREDIT CARD, VERIZON, | ) |
| WALMART MASTERCARD, | ) |
| PEOPLES NATURAL GAS AND | ) **ENTERED BY DEFAULT** |
| RONDA J. WINNECOUR, | ) |
| CHAPTER 13 TRUSTEE, | ) |
| | ) |
| Respondents. | ) |

**ORDER OF COURT**

AND NOW, this  26th  , day of  June  , 2017, on consideration of the Debtor's Motion for Post-Petition Financing, after notice and hearing held in Courtroom B, 54th Floor, 600 Grant Street, Pittsburgh, PA, this date,

It is hereby ORDERED, ADJUDGED and DECREED that the request to allow Movant to obtain financing through J&A South Park, LLC, 2316 Old Bethel Church Road, Bethel Park, PA 15102, who will then obtain the financing through Wells Fargo Bank on an installment

loan for the installation of an indoor air conditioning unit, which is based on the terms of a Contract, that calls for the total amount of $3,260.00 with an interest rate of 9.9% for a monthly payment of approximately $62.00 is GRANTED.

_____
CARLOTA M. BOHM    **dms**
United States Bankruptcy Judge

FILED
6/26/17 11:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                              Case No. 15-24752-CMB
Jewel J. Outlaw                                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw                Page 1 of 1              Date Rcvd: Jun 26, 2017
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2017.
db            +Jewel J. Outlaw,    722 Mellon Street,    Pittsburgh, PA 15206-2404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Fidelity Bank kebeck@weltman.com,    jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Rodney D. Shepherd    on behalf of Debtor Jewel J. Outlaw rodsheph@cs.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 8