# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 15-24752 CMB |
|     JEWEL J. OUTLAW, | ) |
| | ) Chapter 13 |
|         Debtor. | ) |
| | ) Docket No. 62 |
| PNC BANK, N.A., | ) Related to Docket No. |
| | ) |
|         Movant, | ) Hearing Date & Time: |
| | ) |
|         vs. | ) Claim No. 15 |
| | ) |
| JEWEL J. OUTLAW AND | ) |
| RONDA J. WINNECOUR, ESQ., | ) |
|         Respondents. | ) |

## DECLARATION OF MORTGAGE PAYMENT CHANGE

And Now, comes the Debtor, Jewel J. Outlaw, by and through her attorney, who respectfully represents the following:

1. On or about December 31, 2015, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the changed payment for the November distribution.

3. PNC Bank, NA has filed a Notice of Mortgage Payment Change. The monthly mortgage payment of $613.16 is being increased to $617.05 effective 12/1/2017.

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment in amount that becomes effective on 12/1/2017.

Date: 11/7/2017

Respectfully submitted.
/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670
rodsheph@cs.com

## CERTIFICATE OF SERVICE

      I, Rodney D. Shepherd, attorney for the debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 7th day of November, 2017, by Electronic Filing and U.S. Mail, first class, postage pre-paid, upon the following:

Ronda J. Winnecour, Esquire  
Chapter 13 Trustee  
cmecf@chapter13trusteewdpa.com  

PNC Bank, N.A.  
Attn: James C. Warmbrodt, Esquire  
KML Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  


                By: /s/ Rodney D. Shepherd  
                    Rodney D. Shepherd  
                    Attorney for the Debtor  
                    PA I.D. No. 56914  
                    rodsheph@cs.com  
                    2403 Sidney Street  
                    Suite 208  
                    Pittsburgh, PA 15203  
                    412 471-9670