# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 15-24752 CMB |
|    JEWEL J. OUTLAW, | ) |
| | ) Chapter 13 |
|         Debtor. | ) |
| | ) Docket No. 74 |
| PNC BANK, | ) Related to Docket No. |
| | ) |
|         Movant, | ) Hearing Date & Time: |
| | ) |
|         vs. | ) Claim No. 15 |
| | ) |
|    JEWL J. OUTLAW AND | ) |
|    RONDA J. WINNECOUR, | ) |
|    CHAPTER 13 TRUSTEE, | ) |
| | ) |
|         Respondents. | ) |

## DECLARATION OF MORTGAGE PAYMENT CHANGE

And Now, comes the Debtor, Jewel J. Outlaw , by and through her attorney, who respectfully represents the following:

1. On or about December 31, 2015, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

3. PNC BANK, N. A. filed a Notice of Mortgage Payment Change. The monthly mortgage payment of **$624.12** is being **decreased** to **$618.73** effective **5/1/2019**.

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment with the next distribution in the effective amount.

Date: 5/9/2019

Respectfully submitted.
/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670
rodsheph@cs.com

## CERTIFICATE OF SERVICE

      I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 9th day of May, 2019, by Electronic Filing and U.S. Mail, first class, upon the following:

Ronda J. Winnecour, Esquire  
Chapter 13 Trustee  
cmecf@chapter13trusteewdpa.com

Christine Kinderdine  
Attn: PNC Mortgage  
3232 Newmark Drive  
Miamisburg, OH 45342

By: /s/ Rodney D. Shepherd  
Rodney D. Shepherd  
Attorney for the Debtor  
PA I.D. No. 56914  
rodsheph@cs.com  
2403 Sidney Street  
Suite 208  
Pittsburgh, PA 15203  
412 471-9670