# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 15-24752 CMB |
|     JEWEL J. OUTLAW, | ) |
| | ) Chapter 13 |
|         Debtor. | ) |
| | ) Docket No. 76 |
| PNC BANK, | ) Related to Docket No. |
| | ) |
|         Movant, | ) Hearing Date & Time: |
| | ) |
|         vs. | ) Claim No. 15 |
| | ) |
|     JEWL J. OUTLAW AND | ) |
|     RONDA J. WINNECOUR, | ) |
|     CHAPTER 13 TRUSTEE, | ) |
| | ) |
|         Respondents. | ) |

## DECLARATION OF MORTGAGE PAYMENT CHANGE

And Now, comes the Debtor, Jewel J. Outlaw , by and through her attorney, who respectfully represents the following:

1. On or about December 31, 2015, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

3. PNC BANK, N. A. filed a Notice of Mortgage Payment Change. The monthly mortgage payment of **$618.73** was **increased** to **$619.42** effective **12/1/2019.**

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment with the next distribution in the effective amount.

|   |   |
|---|---|
| | Respectfully submitted. |
| Date: 12/23/2019 | /s/ Rodney D. Shepherd |
| | Rodney D. Shepherd, Esquire |
| | Attorney for the Debtor |
| | PA I.D. No. 56914 |
| | 2403 Sidney Street |
| | Suite 208 |
| | Pittsburgh, PA 15203 |
| | (412) 471-9670 |
| | rodsheph@cs.com |

## CERTIFICATE OF SERVICE

      I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 9th day of May, 2019, by Electronic Filing and U.S. Mail, first class, upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire<br>Chapter 13 Trustee<br>cmecf@chapter13trusteewdpa.com | Christi Rozzell<br>Attn: PNC Mortgage<br>3232 Newmark Drive<br>Miamisburg, OH 45342 |

                                            By: /s/ Rodney D. Shepherd
                                                  Rodney D. Shepherd
                                                  Attorney for the Debtor
                                                  PA I.D. No. 56914
                                                  rodsheph@cs.com
                                                  2403 Sidney Street
                                                  Suite 208
                                                  Pittsburgh, PA 15203
                                                  412 471-9670