IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                                      Bankruptcy No. 15-24752-CMB

Jewel J. Outlaw,                                                                    Chapter 13

      Debtor(s).                                                                 Related to Doc. 43

**CONSENT ORDER MODIFYING CONFIRMATION ORDER
DATED JULY 26, 2016 (FILED AT DOC. 43)**

      WHEREAS, the Court entered a Confirmation Order at Doc. 43, confirming the Debtors July 1, 2016, Plan (the "Confirmation Order"), which, upon consent of the parties, as evidenced by their electronic signatures set forth below, and to clarify certain ambiguities and omissions, is to be modified as follows:

(1)    Paragraph (1.) H. of the Confirmation Order is revised to read as follows:

    (A)    The provision for the claim of Sallie Mae is deleted, to be replaced by the following language: The claim(s) of Sallie Mae to be paid in part 3(a) of the plan as long term continuing debts (which claim is comprised of Navient Solutions, Inc., Claim Nos 2, 3 and 4) are to be paid, as specially classified unsecured claims, in the aggregate, the amount of $25 per month, which amount is to be prorated between the 3 claims based on the amounts of the filed claims. Payment is to be made to payment address on the filed claims.

    (B)    The Plan POT of $21,584.01 is to be shared by all timely filed non-specially classified (i.e., non-Sallie Mae /non-Navient) unsecured creditors, pro rata.

    (C)    The Order authorizing Debtor to incur post-petition debt to Wells Fargo Bank (at Doc 60 on 6/26/17), did not provide for the obligation to be paid through the plan and no amended plan was filed providing for its payment. For clarification purposes, given the absence of an order or amended plan providing for its payment the debt is to be considered a direct payment obligation and any balance due will survive discharge.

(2)    Except as expressly amended herein, the Confirmation Order shall otherwise remain unchanged and controlling.

So Ordered, this \_\_\_\_, day of _____, 20\_\_\_\_.

 

_____
U.S. Bankruptcy Judge

Consented to:

| | |
|---|---|
| /s/ Rodney D. Shepherd | /s/ Owen W Katz |
| Rodney D. Shepherd, Esquire | Owen W. Katz |
| 2403 Sidney Street | Office of the Chapter 13 Trustee |
| Suite 245 | US Steel Tower, Suite 3250 |
| Pittsburgh, PA 15203 | 600 Grant Street |
| (412) 471-9670 | Pittsburgh, PA 15219 |
| Attorney for Debtor(s) | Email: okatz@chapter13trusteewdpa.com |
| | Tel. (412) 471-5566 x3124 |
| | Attorney for Trustee |