**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Bankruptcy No. 15-24752-CMB |
| Jewel J. Outlaw, | Chapter 13 |
| Debtor(s). | Related to Doc. 43 |

**CONSENT ORDER MODIFYING CONFIRMATION ORDER**
**DATED JULY 26, 2016 (FILED AT DOC. 43)**

WHEREAS, the Court entered a Confirmation Order at Doc. 43, confirming the Debtors July 1, 2016, Plan (the "Confirmation Order"), which, upon consent of the parties, as evidenced by their electronic signatures set forth below, and to clarify certain ambiguities and omissions, is to be modified as follows:

(1)    Paragraph (1.) H. of the Confirmation Order is revised to read as follows:

(A)    The provision for the claim of Sallie Mae is deleted, to be replaced by the following language: The claim(s) of Sallie Mae to be paid in part 3(a) of the plan as long term continuing debts (which claim is comprised of Navient Solutions, Inc., Claim Nos 2, 3 and 4) are to be paid, as specially classified unsecured claims, in the aggregate, the amount of $25 per month, which amount is to be prorated between the 3 claims based on the amounts of the filed claims. Payment is to be made to payment address on the filed claims.

(B)    The Plan POT of $21,584.01 is to be shared by all timely filed non-specially classified (i.e., non-Sallie Mae /non-Navient) unsecured creditors, pro rata.

(C)    The Order authorizing Debtor to incur post-petition debt to Wells Fargo Bank (at Doc 60 on 6/26/17), did not provide for the obligation to be paid through the plan and no amended plan was filed providing for its payment. For clarification purposes, given the absence of an order or amended plan providing for its payment the debt is to be considered a direct payment obligation and any balance due will survive discharge.

(2)    Except as expressly amended herein, the Confirmation Order shall otherwise remain unchanged and controlling.

So Ordered, this \_\_11th\_\_, day of \_\_May_____, 20\_20\_.

_____
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

Consented to:

/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
2403 Sidney Street
Suite 245
Pittsburgh, PA 15203
(412) 471-9670
Attorney for Debtor(s)

/s/ Owen W Katz
Owen W. Katz
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
Email: okatz@chapter13trusteewdpa.com
Tel. (412) 471-5566 x3124
Attorney for Trustee

FILED
5/11/20 8:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-24752-CMB
Jewel J. Outlaw                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1           Date Rcvd: May 11, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2020.
db             +Jewel J. Outlaw,    722 Mellon Street,    Pittsburgh, PA 15206-2404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    Fidelity Bank jvalecko@weltman.com,    PitEcf@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Rodney D. Shepherd    on behalf of Debtor Jewel J. Outlaw rodsheph@cs.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8