## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 15-24752 CMB |
|     JEWEL J. OUTLAW, | ) |
| | ) Chapter 13 |
|         Debtor. | ) |
| | ) Docket No. 88 |
| CITIZEN'S BANK, | ) Related to Docket No. |
| | ) |
|         Movant, | ) Hearing Date & Time: |
| | ) |
|         vs. | ) Claim No. 16 |
| | ) |
|     JEWEL J. OUTLAW AND | ) |
|     RONDA J. WINNECOUR, | ) |
|     CHAPTER 13 TRUSTEE, | ) |
| | ) |
|         Respondents. | ) |

### DECLARATION OF MORTGAGE PAYMENT CHANGE

And Now, comes the Debtor, Jewel J. Outlaw , by and through her attorney, who respectfully represents the following:

1. On or about December 31, 2015, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

3. Citizen's Bank filed a Notices of Mortgage Payment Change.
   a) The monthly mortgage payment of **$178.44** is being **decreased** to **$172.68** effective **10/28/2020.**

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment with the next distribution in the effective amount.

| | |
|---|---|
| | Respectfully submitted. |
| Date: 10/6/2020 | /s/ Rodney D. Shepherd |
| | Rodney D. Shepherd, Esquire |
| | Attorney for the Debtor |
| | PA I.D. No. 56914 |
| | 2403 Sidney Street |
| | Suite 208 |
| | Pittsburgh, PA 15203 |
| | (412) 471-9670 |
| | rodsheph@cs.com |

## CERTIFICATE OF SERVICE

     I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 6th day of October, 2020, by Electronic Filing and U.S. Mail, first class, upon the following:

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Citizens Bank
Attn: Rachael Elizabeth McGinley
Bankruptcy Department
One Citizens Bank Way
Mail Stop JCA115
Johnston, RI 02919

By: /s/ Rodney D. Shepherd
    Rodney D. Shepherd
    Attorney for the Debtor
    PA I.D. No. 56914
    rodsheph@cs.com
    2403 Sidney Street
    Suite 208
    Pittsburgh, PA 15203
    412 471-9670