# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 15-24752 CMB |
|    JEWEL J. OUTLAW, | ) |
| | ) Chapter 13 |
|        Debtor. | ) |
| | ) Docket No. 92 |
| PNC BANK, | ) Related to Docket No. |
| | ) |
|        Movant, | ) Hearing Date & Time: |
| | ) |
|        vs. | ) Claim No. 15 |
| | ) |
|    JEWEL J. OUTLAW AND | ) |
|    RONDA J. WINNECOUR, | ) |
|    CHAPTER 13 TRUSTEE, | ) |
| | ) |
|        Respondents. | ) |

## DECLARATION OF MORTGAGE PAYMENT CHANGE

And Now, comes the Debtor, Jewel J. Outlaw , by and through her attorney, who respectfully represents the following:

1. On or about December 31, 2015, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

3. PNC Bank filed a Notice of Mortgage Payment Change.
   a) The monthly mortgage payment of **$619.42** is being **increased** to **$634.44** effective **12/1/2020.**

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment with the next distribution in the effective amount.

| | |
|---|---|
| | Respectfully submitted. |
| Date: <u>10/29/2020</u> | /s/ Rodney D. Shepherd |
| | Rodney D. Shepherd, Esquire |
| | Attorney for the Debtor |
| | PA I.D. No. 56914 |
| | 2403 Sidney Street |
| | Suite 208 |
| | Pittsburgh, PA 15203 |
| | (412) 471-9670 |
| | rodsheph@cs.com |

## CERTIFICATE OF SERVICE

      I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 29th day of October, 2020, by Electronic Filing, upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire | PNC Bank |
| Chapter 13 Trustee | Attn: Brian Nicholas, Esquire |
| cmecf@chapter13trusteewdpa.com | bnicholas@kmllawgroup.com |

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd
Attorney for the Debtor
PA I.D. No. 56914
rodsheph@cs.com
2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
412 471-9670