## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 15-24752 CMB |
|     JEWEL J. OUTLAW, | ) |
| | ) Chapter 13 |
|         Debtor. | ) |
| | ) Docket No. 93 |
|     CITIZEN'S BANK, | ) Related to Docket No. |
| | ) |
|         Movant, | ) Hearing Date & Time: |
| | ) |
|         vs. | ) Claim No. 16 |
| | ) |
|     JEWEL J. OUTLAW AND | ) |
|     RONDA J. WINNECOUR, | ) |
|     CHAPTER 13 TRUSTEE, | ) |
| | ) |
|         Respondents. | ) |

### DECLARATION OF MORTGAGE PAYMENT CHANGE

And Now, comes the Debtor, Jewel J. Outlaw , by and through her attorney, who respectfully represents the following:

1. On or about December 31, 2015, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

3. Citizen's Bank filed a series of Notices of Mortgage Payment Change.
    a) The monthly mortgage payment of **$178.43** is being **decreased** to **$172.69** effective **7/28/2020.**
    b) The monthly mortgage payment of **$172.69** is being **increased** to **$178.43** effective **8/28/2020.**
    c) The monthly mortgage payment of **$178.43** is being **increased** to **$178.44** effective **09/28/2020.**
    d) The monthly mortgage payment of **$178.44** is being **decreased** to **$172.68** effective **10/28/2020.**
    e) The monthly mortgage payment of **$172.68** is being **increased** to**$178.44** effective **11/28/2020**

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment with the next distribution in the effective amount.

                                        Respectfully submitted.
Date: 11/20/2020                      /s/ Rodney D. Shepherd

        Rodney D. Shepherd, Esquire
        Attorney for the Debtor
        PA I.D. No. 56914
        2403 Sidney Street
        Suite 208
        Pittsburgh, PA 15203
        (412) 471-9670
        rodsheph@cs.com

## CERTIFICATE OF SERVICE

I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 20th day of November, 2020, by Electronic Filing and U.S. Mail, First class, postage pre-paid, upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire | Citizen's Bank |
| Chapter 13 Trustee | Attn: Rachael E. McGinley |
| cmecf@chapter13trusteewdpa.com | One Citizens Bank Way JCA115 |
| | Johnston, RI 02919 |

        By: /s/ Rodney D. Shepherd
            Rodney D. Shepherd
            Attorney for the Debtor
            PA I.D. No. 56914
            rodsheph@cs.com
            2403 Sidney Street
            Suite 208
            Pittsburgh, PA 15203
            412 471-9670