# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 15-23752 CMB |
|     JEWEL J. OUTLAW, | ) |
| | ) Chapter 13 |
|         Debtor. | ) |
| | ) Docket No. 98 |
|     RONDA J. WINNECOUR, | ) Related to Docket No. 94 |
|     CHAPTER 13 TRUSTEE, | ) |
|         Movant, | ) |
| | ) |
|         vs. | ) Hearing Date & Time: 2/17/2021 at 1:30 p.m. |
| | ) |
|     JEWEL J. OUTLAW, | ) |
| | ) |
|         Respondent. | ) |

## DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS

AND NOW, comes the Respondent, by and through her attorney, Rodney D. Shepherd, Esquire, who respectfully represents the following:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted. Debtor's counsel calculated a different amount of delinquency. A wage attachment was filed to make up for this anticipated shortfall. However, for some reason it never took effect. Counsel is again sending it to the employer. Debtor hopes to try and make up for the shortfall.

5. Admitted.

6. Admitted.

WHEREFORE, the Debtor prays that this Honorable Court deny the Trustee's Motion to Dismiss.

      Respectfully submitted,

      <u>/s/ Rodney D. Shepherd</u>
      Rodney D. Shepherd, Esquire
      Attorney for the Debtor
      PA I.D. No. 56914
      rodsheph@cs.com

      2403 Sidney Street
      Suite 208
      Pittsburgh, PA 15203
      (412) 471-9670

## CERTIFICATE OF SERVICE

   I, Rodney D. Shepherd, hereby certifies that a true and correct copy of the Debtor's Response to the Chapter 13 Trustee's Motion to Dismiss was served on the 8th day of January, 2021, by electronic filing, upon the following;

Ronda Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

                                              By:/s/ Rodney D. Shepherd
                                                 Attorney for the Debtor