IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 15-24752 CMB |
| Jewel J. Outlaw | ) | Chapter 13 |
|     Debtor(s) | ) | |
| | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
|     vs. | ) | |
| Jewel J. Outlaw | ) | |
|     Respondent(s) | ) | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on January 6, 2021 (document #94) is hereby WITHDRAWN. The hearing scheduled for February 17, 2021 is hereby CANCELLED.

Respectfully submitted,

2/11/2021  
Date

/s/ Ronda J. Winnecour  
Ronda J. Winnecour (PA I.D. #30399)  
Attorney and Chapter 13 Trustee  
U.S. Steel Tower – Suite 3250  
600 Grant Street  
Pittsburgh, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 15-24752 CMB |
| Jewel J. Outlaw | ) | Chapter 13 |
|     Debtor(s) | ) | |
| | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
| vs. | ) | |
| Jewel J. Outlaw | ) | |
|     Respondent(s) | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Jewel J. Outlaw
722 Mellon Street
Pittsburgh, PA  15206

Rodney D. Shepherd, Esquire
2030 Stillwater Lane
McDonald, PA  15057

| | |
|---|---|
| 2/11/2021 | /s/ Renee Ward |
| Date | Administrative Assistant |
| | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | cmecf@chapter13trusteewdpa.com |