**Date: 06/08/2021 02:30 pm**

**In re:   Jewel J. Outlaw**

**Bankruptcy No. 15-24752-CMB**
**Chapter: 13**
**Doc. # 110**

**Appearances via Zoom: Owen Katz, Rodney D. Shepherd (not present)**

**Nature of Proceeding: #110 Trustee's Motion for Approval of Report of Receipts and Disbursements - Plan Completed**

**Additional Pleadings:  Certificate of Dischargeability NOT filed**

**Judge's Notes:**
-Attorney Shepherd failed to appear.
OUTCOME: Continued to 6/29 at 1:30 pm.
-Attorney Katz to email Attorney Shepherd about continued hearing.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
6/9/21 9:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-24752-CMB |
| Jewel J. Outlaw | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Jun 09, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

**Recip ID        Recipient Name and Address**
db              + Jewel J. Outlaw, 722 Mellon Street, Pittsburgh, PA 15206-2404

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 11, 2021           Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2021 at the address(es) listed below:

**Name                            Email Address**

Andrew F Gornall
                                on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION agornall@gornall-law.com

Brian Nicholas
                                on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Garry Alan Masterson
                                on behalf of Creditor Citizens Bank N.A. pitecf@weltman.com

James P. Valecko
                                on behalf of Creditor Fidelity Bank jvalecko@weltman.com  PitEcf@weltman.com

Office of the United States Trustee
                                ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
                                on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
| Date Rcvd: Jun 09, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Rodney D. Shepherd
    on behalf of Debtor Jewel J. Outlaw rodsheph@cs.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

TOTAL: 9