**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   JEWEL J. OUTLAW

        Debtor(s)

   Ronda J. Winnecour
       Movant
     vs.
   No Repondents.

Case No.:15-24752

Chapter 13

Document No.:   110

## ORDER OF COURT

AND NOW, this ___9th___ day of ___June___, 20_21_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
6/9/21 9:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT

_Carlota M. Böhm_  dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jewel J. Outlaw  
    Debtor

Case No. 15-24752-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 3  
Date Rcvd: Jun 09, 2021     Form ID: pdf900     Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jewel J. Outlaw, 722 Mellon Street, Pittsburgh, PA 15206-2404 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14204523 | | ECAST SETTLEMENT CORPORATION, PO BOX 29262, NEW YORK, NY 10087-9262 |
| 14190259 | + | Fidelity Bank, Weltman, Weinberg & Reis, Co., L.P.A., 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 14161501 | | Fidelity Bank, P.O. Box 105690, Atlanta, GA 30348-5690 |
| 14158662 | | Union Plus Credit Card, P.O. Box 71104, Charlotte, NC 28272-1104 |
| 14158663 | + | Verizon, c/o North Shore Agency, P.O. Box 9221, Old Bethpage, NY 11804-9021 |
| 14158665 | | Wamart Mastercard/Syncb, P.O. Box 960024, Orlando, FL 32896-0024 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 10 2021 01:50:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Jun 10 2021 01:15:54 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bncmail@w-legal.com | Jun 10 2021 01:53:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14195466 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 10 2021 01:16:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14158646 | | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 01:15:49 | BP Visa/Syncb, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14158648 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 10 2021 01:50:00 | Citizens Bank, P.O. Box 42008, Providence, RI 02940-2008 |
| 14238272 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 10 2021 01:50:00 | Citizens Bank, N.A., 1 Citizens Drive, ROP15B, Riverside, RI 02809 |
| 14228997 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 10 2021 01:51:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14158647 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2021 01:15:55 | Citi Cards, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 14158649 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 10 2021 01:53:00 | Community Medicine/Univ. of Pgh. Physic., c/o Transworld Systems, Inc., P.O. Box 15273, Wilmington, DE 19850-5273 |
| 14238940 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 10 2021 01:54:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite |

Case 15-24752-CMB   Doc 121   Filed 06/11/21   Entered 06/12/21 00:42:07   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 09, 2021 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14158654 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2021 01:15:59 | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 14158655 | | Email/Text: bankruptcy@nationalcreditsystems.com | Jun 10 2021 01:50:00 | JAI Property Management, c/o National Credit Systems, Inc., P.O. Box 312125, Atlanta, GA 31131-2125 |
| 14207930 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 10 2021 01:53:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14187772 | | Email/PDF: pa_dc_claims@navient.com | Jun 10 2021 01:16:05 | Navient Solutions, Inc, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14237903 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 10 2021 01:50:00 | PNC Bank, National Association, c/o PNC Mortgage, a division of PNC Bank, Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14158658 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 10 2021 01:50:00 | PNC Mortgage, P.O. Box 1820, Dayton, OH 45401-1820 |
| 14236943 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 10 2021 01:18:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14158657 | | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 01:15:49 | PayPal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14162997 | | Email/PDF: rmscedi@recoverycorp.com | Jun 10 2021 01:18:40 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14952597 | + | Email/Text: bncmail@w-legal.com | Jun 10 2021 01:53:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14158659 | | Email/PDF: pa_dc_claims@navient.com | Jun 10 2021 01:18:53 | Sallie Mae, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14158660 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2021 01:18:43 | Sears Credit Cards, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 14158661 | | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 01:18:35 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14161502 | | Email/Text: bankruptcy@culoansource.com | Jun 10 2021 01:50:00 | The Credit Loan Source, P.O. Box 105387, Atlanta, GA 30348-5387 |
| 14173097 | | Email/Text: bankruptcy@culoansource.com | Jun 10 2021 01:50:00 | The Credit Union Loan Source, LLC, 1669 Phoenix Parkway-Suite 110, College PArk, GA 30349 |
| 14158652 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 10 2021 01:53:00 | Elan, Cardmember Service, P.O. Box 790408, Saint Louis, MO 63179-0408 |
| 14158664 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 10 2021 01:50:00 | Verizon, P.O. Box 920041, Dallas, TX 75392-0041 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Fidelity Bank |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 14158650 | | Credit Loan Source |
| 14158651 | | Deja Francis |
| 14158653 | | Fiedlity Bank |
| 14158656 | ## | Navient, P.O. Box 9720, Wilkes Barre, PA 18773-9720 |

TOTAL: 6 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 11, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION agornall@gornall-law.com |
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Citizens Bank N.A. pitecf@weltman.com |
| James P. Valecko | on behalf of Creditor Fidelity Bank jvalecko@weltman.com  PitEcf@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Rodney D. Shepherd | on behalf of Debtor Jewel J. Outlaw rodsheph@cs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |

TOTAL: 9